IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Inc., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Athena Enterprises, LLC, a Tennessee limited liability company; Sunil Patel, a Tennessee resident,<br><br>Defendants. | No. CV-12-02708-PHX-GMS<br><br>**JUDGMENT ORDER** |

WHEREAS, Plaintiff and Defendant Sunil Patel (hereinafter "Patel") have filed a Stipulation for Entry of Judgment (Doc. 28), and for good cause showing,

**IT IS HEREBY ORDERED** that final judgment is entered in this matter in favor of Plaintiff and against Defendant Patel in the amount of $153,876.61, less any amounts paid by Defendant Patel pursuant to the Mutual Release and Settlement Agreement, including the legal rate of interest allowed under law from entry of the Judgment until the amount owed is paid in full.

Dated this 8th day of May, 2013.

G. Murray Snow
United States District Judge